IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN CRANSKA,<br><br>    Plaintiff,<br><br>vs.<br><br>UMIA INSURANCE, INC. et al,<br><br>    Defendants. | CV 21-104-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson with Counsel for Defendant UMIA Insurance, Inc.. Accordingly, I ask that this case be reassigned.

DATED this 14th day of October, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge