IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHAN CRANSKA, | CV 21–104–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| UMIA INSURANCE, INC., AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, PREFERRED PHYSICIANS MEDICAL RISK RETENTION GROUP, and JOHN DOES 1-15, | |
| Defendants. | |

Before the Court is the parties' Joint Motion for Entry of Protective Order. (Doc. 22.)  The parties request that this Court enter a protective order and represent, in accordance with this Court's scheduling order, that a signed stipulation is insufficient to protect the unique confidentiality issues in the case. (Doc. 22 at 2.)

Accordingly, IT IS ORDERED the motion (Doc. 22) is GRANTED.

IT IS FURTHER ORDERED that the following Protective Order Regarding Confidential Information ("Protective Order") shall govern the disclosure and handling of trade secret information, proprietary information, personal information, and other confidential commercial and financial information and documents

1

containing any such information (hereinafter collectively referred to as "Confidential Information"), as follows:

**Produced Documents.**  A party producing information, documents, and other tangible things that it believes constitute or contain Confidential Information shall produce copies bearing a label that contains or includes language substantially identical to the following:

> **CONFIDENTIAL**
> **Subject to Protective Order in Cause No. CV-21-104-DLC**
> **United States District Court**
> **for the District of Montana, Missoula Division**
> **DO NOT COPY OR DISCLOSE**
> **except under terms of Protective Order**

This label shall be affixed in a manner that does not obliterate or obscure the contents of the copies.  A party may designate all pages of an integrated, multi-page document as Confidential Information by placing this label on the first page of the document.

**Custody.**  All Confidential Information and any and all copies, extracts and summaries thereof, including memoranda relating thereto, shall be retained by the receiving party in the custody of counsel of record, or by persons to whom disclosure is authorized below.

**Authorized Disclosures.**  Confidential Information shall be disclosed by the receiving party only to the following persons and only after having obtained a written acknowledgment from such person (except the Court and its personnel, as

listed in subsection f below) that he or she has been advised of the existence and terms of this Protective Order:

a) Counsel for the parties in this litigation, including their associates, clerks, paralegals, and secretarial and clerical personnel;

b) Qualified persons taking testimony involving such information, and necessary stenographic, videotape and clerical personnel;

c) Experts and their staff who are consulted by counsel for a party to this litigation;

d) Parties to this litigation, including their employees, agents, and/or insurers;

e) Persons who may be called as witnesses in this case; and

f) The Judge and other court officials and personnel involved in this litigation.

Such disclosures are authorized only to the extent necessary to investigate, prosecute, defend, or preside over this litigation.

DATED this 1st day of February, 2022.

_____
Dana L. Christensen, District Judge
United States District Court