IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN CRANSKA, <br><br> Plaintiff, <br><br> vs. <br><br> UMIA INSURANCE, INC., AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA, PREFERRED PHYSICIANS MEDICAL RISK RETENTION GROUP, and JOHN DOES 1-15, <br><br> Defendants. | CV 21–104–M–DLC <br><br><br> ORDER |

Plaintiff Stephen Cranska has moved to voluntarily dismiss his claims against Defendants UMIA and PPM with prejudice, (Doc. 102), and to vacate all remaining pretrial deadlines and the final pretrial conference, (Doc. 103). Plaintiff indicates that Defendants UMIA and PPM were contacted regarding these motions but have not yet been able to provide their position. (Docs. 102 at 2, 103 at 2.)

The Court may dismiss an action at the plaintiff's request on terms that the court considers proper. Fed. R. Civ. P. 41(a)(2). However, because the motions are not unopposed, the Court will wait to hear from Defendants before granting the motions.

1

Accordingly, IT IS ORDERED that Defendants shall respond to Plaintiff's motions before end of business today.  If the Court does not receive a response from Defendants, Plaintiff's motion to dismiss and motion to vacate will be granted and this matter will be dismissed with prejudice.

DATED this 19th day of January, 2024.

_____
Dana L. Christensen, District Judge
United States District Court