UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN CRANSKA,<br><br>               Plaintiff,<br><br>vs.<br><br>UMIA INSURANCE, INC.; AMERICAN CASUALTY COMPANY OF READING PENNSYLVANIA; PREFERRED PHYSICIANS MEDICAL RISK RETENTION GROUP; AND JOHN DOES 1-15,<br><br>               Defendant. | Case No. CV-21-104-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, in accordance with the terms of the order dated January 22, 2024 (Doc. 106), the claims against Defendants PPM and UMIA, are DISMISSED WITH PREJUDICE.

      Dated this 22nd day of January, 2024.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Sarah Nagy
                                    Sarah Nagy, Deputy Clerk