IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN CRANSKA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CASUALTY<br>COMPANY OF READING<br>PENNSYLVANIA,<br><br>Defendant. | CV 21–104–M–DLC<br><br><br>ORDER |

Plaintiff Stephen Cranska and Defendant American Casualty Company of Reading Pennsylvania ("ACCO") have filed a joint stipulation of dismissal with prejudice.  (Doc. 109.)  The parties indicate that they have reached a settlement in the above-captioned matter that resolves all remaining claims.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

DATED this 21st day of February, 2024.

1

Dana L. Christensen, District Judge
United States District Court